**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 04-6429**

---

In Re:    WILLIAM HENRY COLEMAN,

                                        Petitioner.

---

On Petition for Writ of Mandamus. (CA-03-77)

---

Submitted:  June 16, 2004          Decided:  July 9, 2004

---

Before MOTZ, TRAXLER, and KING, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

William Henry Coleman, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William Henry Coleman petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C. § 2241 (2000) petition. He seeks an order from this court directing the district court to act. Our review of the docket sheet reveals that the district court rendered a final order and judgment in this case on May 11, 2004. Accordingly, because the district court has recently decided Coleman's case, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

- 2 -